# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br><br>WISCONSIN APPLE LLC<br>     DEBTOR[1] | CASE NO. 20-50775<br><br>CHAPTER 11<br><br>JUDGE JOHN W. KOLWE |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, hereby certify that I caused the *Declaration in Support of Motions for Order Authorizing Use of Cash Collateral and for Authority to Pay Employees' for Pre-Petition Wages* [Dkt. # 23]:

I.    To be served through this Court's ECF notification system on October 19, 2020 upon the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Jeffrey M. Burmaster    jburmaster@kingjurgens.com
- Robert J. Burvant    rburvant@kingjurgens.com, shendrix@kingjurgens.com
- Michael A. Crawford    mike.crawford@taylorporter.com, elise.aycock@taylorporter.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov

II.    To be served via email transmission on October 19, 2020 upon the following

Craig Ganz:    GanzC@ballardspahr.com;

Dan Beck:    DBeck@winthrop.com;

Mike Crawford:    mike.crawford@taylorporter.com;

---

[1] 3909 Ambassador Caffery Parkway, Lafayette, LA 70503. EIN xx-xx3622.

{00374372-1}

1

Michael DiGiacomo: DiGiacomoM@ballardspahr.com;

Michael Walshe: mwalshe@stonepigman.com; and

Laura Davis Jones: ljones@pszjlaw.com

October 19, 2020  */s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

***Proposed Counsel for the Debtor***

{00374372-1}

2

20-50775 - #24  File 10/19/20  Enter 10/19/20 08:01:44  Main Document  Pg 2 of 2