**SO ORDERED.**
**SIGNED October 19, 2020.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br><br>WISCONSIN APPLE LLC<br>　　　DEBTOR[1] | CASE NO. 20-50775<br><br>CHAPTER 11<br><br>JUDGE JOHN W. KOLWE |

**ORDER GRANTING EMERGENCY MOTION FOR AUTHORITY TO PAY EMPLOYEES' PRE-PETITION WAGES, RELATED EXPENSES, BENEFITS, AND TAXES**

Considering the *Emergency Motion for Authority to Pay Employees' Pre-Petition Wages, Related Expenses, Benefits, and Taxes* (the "Motion") (Dkt. #10) filed by Wisconsin Apple LLC (the "Debtor") and the statements of counsel at a hearing before the Court on October 19, 2020, it is hereby ordered that:

The Motion is **GRANTED**;

---

[1] 3909 Ambassador Caffery Parkway, Lafayette, LA 70503, EIN xx-xx3622.

{00374363-1}　　　　　　　　　　1

**IT IS FURTHER ORDERED** that the Debtor is authorized to pay Employee Obligations earned by any of the Debtor's employees in the ordinary course of the Debtor's business (if any are unpaid) as though no bankruptcy filing by the Debtor had occurred;

**IT IS FURTHER ORDERED** that all applicable banks and financial institutions are authorized and directed to receive, process, honor and pay any and all checks, electronic funds transfers and automatic payroll transfers drawn on Debtor's bank accounts (assuming funds on deposit are sufficient) for Employee Obligations earned pre-petition that are presented after the commencement of this Chapter 11 case, except as otherwise directed by the Debtor; and

**IT IS FURTHER ORDERED** that the Debtor is not authorized to pay any pre-petition Employee Obligations that exceed the $13,650 threshold which would constitute a priority claim pursuant to section 507(a)(4) of the Code.

**IT IS SO ORDERED.**

### End of Order ###

Prepared and Submitted by:

Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

*Proposed Attorneys for Debtor*