# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: kcarpente | Date Created: 10/19/2020 |
| Case: 20−50775 | Form ID: pdf8 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| tr | DIP | |

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | Gail.Mcculloch@usdoj.gov |
| aty | Douglas S. Draper | ddraper@hellerdraper.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Greta M. Brouphy | gbrouphy@hellerdraper.com |
| aty | Jeffrey M. Burmaster | jburmaster@kingjurgens.com |
| aty | Michael A. Crawford | mike.crawford@taylorporter.com |
| aty | Robert J. Burvant | rburvant@kingjurgens.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Wisconsin Apple LLC | 3909 Ambassador Caffery Pkwy | Lafayette, LA 70503 | |
| cr | Bremer Bank, National Association | c/o Robert J. Burvant | 201 St. Charles Avenue 45th Floor | New Orleans, LA 70170 |
| intp | Blue Victory Holdings, Inc. | c/o Michael Crawford | POB 2471 | Baton Rouge, LA 70821−2471 |

TOTAL: 3