**SO ORDERED.**
**SIGNED October 22, 2020.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br><br>WISCONSIN APPLE LLC<br>    DEBTOR[1] | CASE NO. 20-50775<br><br>CHAPTER 11<br><br>JUDGE JOHN W. KOLWE |

**AMENDED ORDER GRANTING EMERGENCY MOTION FOR
AUTHORITY TO PAY EMPLOYEES' PRE-PETITION WAGES,
RELATED EXPENSES, BENEFITS, AND TAXES**

Considering the *Emergency Motion for Authority to Pay Employees' Pre-Petition Wages, Related Expenses, Benefits, and Taxes* (the "Motion") (Dkt. #8) filed by Wisconsin Apple LLC (the "Debtor") and the statements of counsel at a hearing before the Court on October 19, 2020, it is hereby ordered that:

The Motion is **GRANTED**;

_____
[1] 3909 Ambassador Caffery Parkway, Lafayette, LA 70503, EIN xx-xx3622.

{00374363-3}        1

**IT IS FURTHER ORDERED** that the Debtor is authorized to pay Employee Obligations earned by any of the Debtor's employees in the ordinary course of the Debtor's business (if any are unpaid) as though no bankruptcy filing by the Debtor had occurred;

**IT IS FURTHER ORDERED** that all applicable banks and financial institutions are authorized and directed to receive, process, honor and pay any and all checks, electronic funds transfers and automatic payroll transfers drawn on Debtor's bank accounts (assuming funds on deposit are sufficient) for Employee Obligations earned pre-petition that are presented after the commencement of this Chapter 11 case, except as otherwise directed by the Debtor; and

**IT IS FURTHER ORDERED** that the Debtor is not authorized to pay any pre-petition Employee Obligations that exceed the $13,650 threshold which would constitute a priority claim pursuant to section 507(a)(4) of the Code.

**IT IS SO ORDERED.**

### End of Order ###

Prepared and Submitted by:

Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

*Proposed Attorneys for Debtor*

United States Bankruptcy Court
Western District of Louisiana

In re:                                                Case No. 20-50775-JWK
Wisconsin Apple LLC                        Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0536-4                        User: eprice                        Page 1 of 2
Date Rcvd: Oct 23, 2020                Form ID: pdf8                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

**Recip ID           Recipient Name and Address**
db                 +   Wisconsin Apple LLC, 3909 Ambassador Caffery Pkwy, Lafayette, LA 70503-5280

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**
tr                                  DIP

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                        Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

**Name                         Email Address**

Douglas S. Draper
                on behalf of Debtor Wisconsin Apple LLC ddraper@hellerdraper.com kfritscher@hellerdraper.com;lcollins@hellerdraper.com

Gail Bowen McCulloch
                on behalf of U.S. Trustee Office of U. S. Trustee gail.mcculloch@usdoj.gov

Greta M. Brouphy
                on behalf of Debtor Wisconsin Apple LLC gbrouphy@hellerdraper.com

Jeffrey M. Burmaster
                on behalf of Creditor Bremer Bank  National Association jburmaster@kingjurgens.com

Michael A. Crawford

    on behalf of Interested Party Blue Victory Holdings Inc. mike.crawford@taylorporter.com, elise.aycock@taylorporter.com

Office of U. S. Trustee
    Gail.Mcculloch@usdoj.gov

Robert J. Burvant
    on behalf of Creditor Bremer Bank National Association rburvant@kingjurgens.com, shendrix@kingjurgens.com

TOTAL: 7