IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50775 |
| WISCONSIN APPLE LLC<br>DEBTOR[1] | |
| | CHAPTER 11 |
| | JUDGE JOHN W. KOLWE |

**NOTICE OF HEARING ON MOTION FOR INTERIM AND FINAL ORDERS: (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST, THE DEBTOR ON ACCOUNT OF PREPETITION AMOUNTS DUE, AND (B) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADEQUATE ASSURANCE**

**PLEASE TAKE NOTICE** that the *Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Amounts Due, and (B) Establishing Procedures for Determining Requests for Adequate Assurance* [Dkt. # 39] (the "Motion") has been filed by Heller, Draper & Horn, LLC. The Motion is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearings on the Motion will be held on November 10, 2020 at 10:00 a.m. Central Time before the Honorable Chief Judge John W. Kolwe, John M. Shaw, United States Courthouse, Western District of Louisiana, 800 Lafayette Street, 3rd Floor, Courtroom 5, Lafayette, Louisiana 70501, and take further notice that due to the General Order 2020-3, Order Establishing Protocols for Court Operations During the Covid-19 Public Health Emergency, the hearing on this matter will be conducted telephonically and the dial-in instructions are as follows:

1. https://teleconference.uc.att.com/ecm/
2. Login as Guest
3. Put in Dial-in #: 877-411-9748
4. Enter access code 2239270
5. Follow instructions and continue

***Please make sure to enter the third set of numbers on the screen once you have joined the call.

---

[1] 3909 Ambassador Caffery Parkway, Lafayette, LA 70503. EIN xx-xx3622.

{00374435-1}            1

6. If you are asked for a security code, please use 5722

**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection, opposition or response to the Motion must file a written objection, opposition or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana no later than November 6, 2020 and must serve a copy on the undersigned attorneys by that date. If an opposition, objection or response is not timely filed and served as set forth in the previous sentence, the Court may grant the relief requested without hearing.

Dated: October 23, 2020.

Respectfully submitted,

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300
Fax: 504-299-3399
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, hereby certify that I caused the above and foregoing *Notice of Hearing* to be served through this Bankruptcy Court's electronic notifying system upon the following:

- **Greta M. Brouphy**   gbrouphy@hellerdraper.com
- **Jeffrey M. Burmaster**   jburmaster@kingjurgens.com
- **Robert J. Burvant**   rburvant@kingjurgens.com, shendrix@kingjurgens.com
- **Michael A. Crawford**   mike.crawford@taylorporter.com, elise.aycock@taylorporter.com
- **Douglas S. Draper**   ddraper@hellerdraper.com, lcollins@hellerdraper.com
- **Gail Bowen McCulloch**   gail.mcculloch@usdoj.gov
- **Office of U. S. Trustee**   Gail.Mcculloch@usdoj.gov

October 23, 2020

/s/ Douglas S. Draper
Douglas S. Draper, LA Bar No. 5073
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com

***Proposed Counsel for the Debtor***