October, 23, 2020

Jason Koyama
104 South Detroit Street
Los Angeles, CA 90036
310-871-6214



Western District of Louisiana
United States Bankruptcy Court
800 Lafayette Street, Suite 1200
Lafayette, LA 70501

RE: Case number: 20-50775, Wisconsin Apple LLC

Dear United States Bankrupcy Court, Western District of Lousiana:

Regarding the case referenced above, I Jason Koyama, a creditor would like to change my address from the Playa del Rey, CA one currently on file to the address below.

Jason Koyama

104 South Detroit Street

Los Angeles, CA 90036

Sincerely,

*[signature]*

Jason Koyama