# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: <br><br> WISCONSIN APPLE LLC <br>     DEBTOR[1] | CASE NO. 20-50775 <br><br> CHAPTER 11 <br><br> JUDGE JOHN W. KOLWE |

## MOTION FOR EXPEDITED CONSIDERATION

Wisconsin Apple LLC, the above-captioned Debtor and Debtor in possession (the "**Debtor**") who files this request seeking that this Court set an expedited hearing on the: *Voluntary Motion to Dismiss Chapter 11 Case* (the "**Motion to Dismiss**") [Dkt. #   ] with the consent of the United States Trustee. The Motion to Dismiss is seeking an order, pursuant to 11 U.S.C. § 1112(b)(1), which authorizes the court to dismiss this case for cause as dismissal is in the best interests of creditors and the estate. 11 U.S.C. § 1112(b)(1). In support of the Motion the Debtor avers as follows:

1. Since the petition dates, the Debtor has been addressing immediate issues regarding the Covid pandemic and has been in negotiations with the secured creditor, Bremer Bank National Association. As indicated in the Motion to Dismiss, the Debtor and secured lender have reached an agreement and are seeking to dismiss the proceeding.

2. The Debtor is seeking consideration on an expedited basis to be heard on this Court's motion day setting on November 17, 2020 at 10:00 am.

---

[1] 3909 Ambassador Caffery Parkway, Lafayette, LA 70503. EIN xx-xx3622.

{00374465-1}

1

3. The Debtor asserts that an expedited hearing is necessary for this Court to consider the Motion to Dismiss and allow the parties to move forward with the agreement.

4. The Debtor asserts that no party will be prejudiced by expedited consideration and that such relief will benefit the estate by allowing the Debtor to continue operations.

**WHEREFORE**, the Debtor respectfully prays that this Court grants a hearing on the Motion to Dismiss on an expedited basis and for all other relief as is just and equitable.

October 30, 2020

*/s/ Greta M. Brouphy*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Counsel for the Debtor*