**SO ORDERED.**
**SIGNED November 2, 2020.**



*(signature)*
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50775 |
| WISCONSIN APPLE LLC | |
|     DEBTOR[1] | CHAPTER 11 |
| | JUDGE JOHN W. KOLWE |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION
### VOLUNTARY MOTION TO DISMISS CHAPTER 11 CASE

Considering the *Motion for Expedited Consideration* ("Motion")**,** and it appearing good cause exists to grant same; it is

**ORDERED** that the Motion, be and hereby is **GRANTED;** it is further

**ORDERED** that a hearing on the *Voluntary Motion to Dismiss Chapter 11 Case* (the "Motion to Dismiss") [Dkt. # 45] will be held telephonically with the Chief Judge John W. Kolwe, on November 17, 2020 at 10:00 a.m. and

---

[1] 3909 Ambassador Caffery Parkway, Lafayette, LA 70503. EIN xx-xx3622.

{00374466-1}

**Take Further Notice** that due to the General Order 2020-3, *Order Establishing Protocols for Court Operations During the Covid-19 Public Health Emergency*, the hearing on this matter will be conducted telephonically and the dial-in instructions are as follows:

1. https://teleconference.uc.att.com/ecm/
2. Login as Guest
3. Put in Dial-in #: **877-411-9748**
4. Enter access code **2239270**
5. Follow instructions and continue

***Please make sure to enter the third set of numbers on the screen once you have joined the call.

6. If you are asked for a security code, please use **5722**

### End of Order ###

Prepared and submitted by:

Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
*Attorneys for the Debtor*